UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GUSTAVO LOPEZ MIRELES  Petitioner | § § § | |
| VS. | § § | CIVIL ACTION NO. 7:15-CV-255 |
| WILLIAM STEPHENS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION  Respondent | § § § § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Petitioner's application for relief pursuant to 28 U.S.C. §2254, Petitioner's Objections thereto (Doc. #27) and conducted a *de novo* review of the applicable record and is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the conclusions in the United States Magistrate Judge Dorina Ramos' Report and Recommendation entered as Dkt. Entry No. 25 are hereby adopted by this Court.

The Clerk shall send copies of this Order to all parties of record.

SO ORDERED this 29th day of September, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge