UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GUSTAVO LOPEZ MIRELES<br>　　Petitioner | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 7:15-CV-255 |
| | § | |
| LORIE DAVIS, DIRECTOR,<br>TEXAS DPEARMENT OF CRIMINAL<br>JUSTICE, CORRECTIONAL<br>INSTITUTIONS DIVISONS<br>　　Respondent | §<br>§<br>§<br>§ | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Petitioner's motion for leave to proceed in forma pauperis ("IFP) on appeal from the Court's dismissal of his claims pursuant to 28 U.S.C. 2254 (D.E. No. 34). On August 24, 2017, the Magistrate Court issued the Report and Recommendation, recommending that Petitioner's motion for leave to proceed IFP on appeal be denied because Petitioner's notice of appeal is untimely under Rule 4(a) of the Federal Rules of Appellate Procedure—no matter how the notice of appeal is construed under Rule 4(a), and Petitioner fails to meet the requirements for any other avenue provided under Rule 4(a). Also pending before the Court are Petitioner's objections to the Report and Recommendation.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has conducted a de novo review of the Report and Recommendation. Finding no clearly erroneous error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Defendant's motion for leave to proceed IFP on appeal (D.E. No. 34) is **DENIED**.

SO ORDERED this 18th day of October, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge